<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-7271**

_____

UNITED STATES OF AMERICA,

                                  Plaintiff - Appellee,

      versus

STEPHEN T. JONES,

                                  Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Shelby. Richard L. Voorhees, District Judge. (CR-94-5-V, CA-96-147-4-2-V)

_____

Submitted: February 22, 2001       Decided: February 28, 2001

_____

Before WIDENER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Stephen T. Jones, Appellant Pro Se. Brian Lee Whisler, OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Stephen T. Jones appeals the district court's order denying his Fed. R. Civ. P. 60(b) motion to reconsider a prior order denying relief on his 28 U.S.C.A. § 2255 (West Supp. 2000) motion. Our review of the record and the district court's opinion discloses no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Jones, Nos. CR-94-5-V; CA-96-147-4-2-V (W.D.N.C. filed Aug. 11, 2000; entered Aug. 14, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2